FILED
MAR 0 1 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RIGOBERTO ARCE-CARDENAS,<br><br>                Defendant. | Case No.: 3:11-cr-05922-GT-1<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING WITH PSR** |

Pursuant to a joint motion filed by Defendant and good cause appearing, the Sentencing Hearing with PSR scheduled for April 13, 2012 at 9:30 am is vacated and rescheduled to May 18, 2012 at 9:30 am.

IT IS SO ORDERED.

DATED: ~~February~~ *March* 1, 2012

_____
Honorable Gordon Thompson Jr.
United States District Court Judge