UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | Case No.: 3:11-cr-05922-GT-1 |
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING WITH PSR** |
| vs. | ) | |
| RIGOBERTO ARCE-CARDENAS, | ) | |
| Defendant. | ) | |

Pursuant to a joint motion filed by Defendant and good cause appearing, the Sentencing Hearing with PSR scheduled for April 13, 2012 at 9:30 am is vacated and rescheduled to May 18, 2012 at 9:30 am.

IT IS SO ORDERED.

DATED: February _/_, 2012

Honorable Gordon Thompson Jr.
United States District Court Judge

1  3:11-cr-05922-GT-1